**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: ) ) ) ACTUAL BREWING COMPANY, LLC, ) ) Debtors. ) ) ) | Chapter 11<br><br>Case No. 19-50813<br><br>Honorable Charles M. Caldwell |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned case as counsel on behalf of EBP 2800 North High LLC ("EBP") and Airport Plaza, Ltd. ("Airport Plaza") (Airport Plaza, together with EBP, are the "Landlords") and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, or otherwise, which affects WPG or this case to be served upon:

> Ronald E. Gold, Esq.
> Ohio Bar No. 0061351
> Frost Brown Todd LLC
> 3300 Great American Tower
> 301 East Fourth Street
> Cincinnati, Ohio 45202
> 513-651-6800 Telephone
> 513-651-6981 Facsimile
> rgold@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over the Landlords, specifically but not

limited to (i) their right to have final orders in matters entered only after *de novo* reviewed by a District Court judge, (ii) their right to a trial by jury in any proceeding to triable herein, or in any case, controversy or proceeding related hereto, (iii) their right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlords are or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments they expressly reserve.

Dated:   February 15, 2019               Respectfully submitted,

**FROST BROWN TODD LLC**

By:   */s/ Ronald E. Gold*
Ronald E. Gold (0061351)
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
513-651-6800 Telephone
513-651-6981 Facsimile
rgold@fbtlaw.com

**COUNSEL FOR THE LANDLORDS.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of February, 2019 a true and correct copy of the foregoing was served upon all parties receiving CM/ECF noticing.

*/s/ Ronald E. Gold*
Ronald E. Gold