**Fill in this information to identify the case:**

Debtor name __Actual Brewing Company, LLC__

United States Bankruptcy Court for the: __Southern__ District of __Ohio__
(State)

Case number (If known): __2:19-bk-50813__

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor Actual Brewing Company, LLC
Name

Case number (if known) 19-BK-50813

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Praxair Distribution, Inc.<br>450 Greenlawn Avenue<br>Columbus, OH 43223 | Erika Tyrrell<br>(800) 266-4369 x26889<br>Erika_Tyrrell@praxair.com | Trade Debts | | | | $6,261 |
| 10 | Iron Heart Canning<br>7508 West Ridge Road<br>Elyria, OH 44035 | Iron Heart<br>(603) 606-2152<br>finance@ironheartcanning.com | Trade Debts | | | | $5,087 |
| 11 | Mike Murphy<br>5340 Erin Isles Court<br>Dublin, OH 43017 | Mike Murphy<br>(614) 264-1656<br>golfmurph@gmail.com | Loan | | | | $5,000 |
| 12 | Blue Label Digital Printing<br>3750 Lancaster New Lexington Rd. NE<br>Lancaster, OH 43130 | Abby Herington<br>(866) 506-2583<br>abby@bluelabeldigital.com | Trade Debts | | | | $4,339 |
| 13 | 3B Mechanical<br>4040 East Main Street<br>Whitehall, OH 43213 | Ann Gerbec<br>(614) 800-2402<br>ann@3bmechanical.com | Trade Debts | | | | $4,109 |
| 14 | Ohio Department of Job and Family Services<br>475 Western Avenue<br>Chillicothe, OH 45601 | | Tax | | | | $3,750 |
| 15 | City of Columbus Income Tax Division<br>C/O Administrative Secretary<br>77 N. Front Street, 2nd Floor<br>Columbus, OH 43215 | | Tax | | | | $3,500 |
| 16 | TLC Legacy Ltd.<br>2401 Creek Road<br>Sunbury, OH 43074 | Keith Copeland<br>(614) 596-2904<br>keithcopeland@gmail.com | Services | | | | $3,272 |
| 17 | United Bottles & Packaging<br>1400Blvd. Dagenais West<br>Laval, QC, H7L 5C7<br>Canada | Sabrina Besson<br>(877) 762-1867<br>sabrina.besson@unitedbottles.com | Trade Debts | | | | $2,300 |
| 18 | Simero Roofing Systems<br>320 London Road<br>Delaware, OH 43015 | Matt Smith<br>(740) 369-7663<br>msmith@simero.com | | | | | $1,750 |
| 19 | Tuffy Auto Repair<br>115 North Hamilton Road<br>Gahanna, OH 43230 | Tuffy<br>(614) 337-8080<br>No email address | Services | | | | $1,509 |
| 20 | Brennan Equipment<br>6940 Hall Street<br>Holland, OH 43528 | Gena Gothke<br>(419) 867-6000 x 8807<br>accounting@gobrennan.com | Services | | | | $1,321 |