# 2018 BALANCE SHEET

Actual Brewing Company, LLC

As of April 18, 2018

| | |
|---|---|
| CURRENT RATIO | 0.40 |
| QUICK RATIO | 0.06 |
| CASH RATIO | 0.04 |

| | |
|---|---|
| DEBT-TO-EQUITY RATIO | 0.73 |
| DEBT RATIO | 0.37 |
| WORKING CAPITAL | -$51,010.67 |




## ASSETS

### CURRENT ASSETS

| | |
|---|---|
| Cash and cash equivalents | $3,223.76 |
| Inventories | $29,199.85 |
| Prepaid expenses and other current assets | $2,132.12 |
| Total current assets | $34,555.73 |

### OTHER ASSETS

| | |
|---|---|
| Property, plant, and equipment at cost | $339,545.18 |
| Less accumulated depreciation | -$219,135.11 |
| Property, plant, and equipment (net) | $20,000.00 |
| Other assets | $0.00 |
| Total other assets | $140,410.07 |

**TOTAL ASSETS** $174,965.80

## LIABILITIES

### CURRENT LIABILITIES

| | |
|---|---|
| Loans payable and current portion long-term debt | $65,000.00 |
| Long-term Debt | $0.00 |
| Keg Deposits | $20,566.40 |
| TOTAL CURRENT LIABILITIES | $85,566.40 |

### Owner's Equity

| | |
|---|---|
| Owner's Capital | $89,399.40 |
| Accrued retirement costs | $0.00 |
| Deferred income taxes | $0.00 |
| Deferred credits and other liabilities | $0.00 |
| TOTAL OWNER'S EQUITY | $89,399.40 |

**TOTAL LIABILITIES** $174,965.80