# 2018

PROFIT AND LOSS STATEMENT
Actual Brewing Company, LLC

NET INCOME

**-$558,080**

| Revenue | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tap Room Sales | 14,139 | 14,485 | 18,600 | 18,334 | 18,307 | 21,662 | 17,583 | 17,271 | 13,808 | 19,630 | 15,533 | 20,872 | $210,223 |
| Packaged Beer Revenue | 865 | 8,700 | 5,313 | 2,967 | 5,174 | 3,556 | 6,368 | 4,943 | 6,664 | 6,690 | 4,455 | 536 | 56,231 |
| Keg Revenue | 1,313 | 4,543 | 7,040 | 2,947 | 6,000 | 6,878 | 8,958 | 6,841 | 12,473 | 10,418 | 4,246 | 3,322 | 74,979 |
| Other Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Sales** | 16,317 | 27,728 | 30,953 | 24,247 | 29,481 | 32,096 | 32,909 | 29,055 | 32,944 | 36,738 | 24,233 | 24,730 | 341,432 |
| Cost of Goods Sold | 2,558 | 3,401 | 1,794 | 15,893 | 942 | 6,386 | 8,533 | 25,866 | 2,706 | 1,828 | 545 | 12,182 | 82,634 |
| **Gross Profit** | **$13,759** | **$24,327** | **$29,159** | **$8,354** | **$28,539** | **$25,710** | **$24,377** | **$3,189** | **$30,238** | **$34,910** | **$23,688** | **$12,548** | **$258,799** |

| Operation Expenses | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salaries & Wages | $13,437 | $3,478 | $1,678 | $9,095 | $14,635 | $13,927 | $16,146 | $14,006 | $16,164 | $22,961 | $19,934 | $25,828 | $171,288 |
| Operating Expenses | 5,209 | 3,211 | 2,887 | 4,243 | 1,782 | 4,080 | 4,696 | 3,579 | 2,738 | 3,154 | 33,039 | 5,381 | $73,997 |
| Advertising | 1,568 | 1,332 | 284 | 400 | 900 | 900 | 1,170 | 733 | 938 | 629 | 699 | 621 | $10,173 |
| Entertainment & Events | 1,637 | 898 | 707 | 869 | 638 | 2,454 | 1,391 | 1,017 | 2,000 | 2,400 | 934 | 1,031 | $15,976 |
| Automobile Expenses | 775 | 516 | 192 | 200 | 417 | 881 | 713 | 943 | 543 | 1,106 | 298 | 466 | $7,048 |
| Brewery Parts & Materials | 7,284 | 486 | 528 | 1,296 | 1,195 | 767 | 786 | 296 | 7,450 | 6,493 | 1,244 | 679 | $28,505 |
| Consulting/Accounting/Legal | 24 | 24 | 24 | 1,524 | 24 | 24 | 24 | 24 | 1,024 | 5,193 | 3,274 | 39,041 | $50,224 |
| Dues, Subscriptions, Charity | 550 | 86 | 150 | 606 | 150 | 610 | 1,780 | 350 | 3,349 | 1,282 | 860 | 1,914 | $11,687 |
| Repairs & Maintenance | 2,119 | 318 | 8,315 | 0 | 0 | 5,250 | 12,000 | 10,633 | 30,300 | 32,176 | 7,807 | 15,635 | $124,552 |
| Guaranteed Payments | 12,073 | 8,232 | 1,443 | 7,726 | 9,728 | 14,448 | 13,112 | 14,265 | 7,000 | 13,061 | 10,150 | 15,521 | $126,759 |
| Insurance | 1,231 | 682 | 1,192 | 682 | 1,192 | 682 | 255 | 2,598 | 764 | 764 | 764 | 925 | $11,730 |
| Lab Parts & Materials | 15 | 735 | 0 | 0 | 0 | 0 | 280 | 0 | 0 | 414 | 0 | 0 | $1,444 |
| Miscellaneous | (15,602) | 8,289 | 12,370 | 3,187 | 8,203 | (206) | 1,109 | 793 | 244 | 59 | 987 | 1,721 | $21,153 |
| Office Expenses | 1,491 | 839 | 1,718 | 447 | 496 | 861 | 1,107 | 565 | 522 | 1,364 | 315 | 379 | $10,106 |
| Postage & Delivery | 10 | 10 | 16 | 66 | 91 | 16 | (77) | 96 | 0 | 90 | 0 | 55 | $372 |
| Printing & Stationery | 267 | 336 | 54 | 97 | 0 | 0 | 0 | 44 | 52 | 221 | 0 | 0 | $1,071 |
| Rent | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,000 | 0 | 29,000 | 0 | 0 | $45,000 |
| Sales and Payroll Tax | 393 | 75 | 1 | 2,000 | 0 | 0 | 0 | 0 | 14,711 | 4,129 | 0 | 18,597 | $39,906 |
| Telephone & Internet | 710 | 506 | 107 | 417 | 107 | 107 | 430 | 420 | 485 | 731 | 484 | 484 | $4,987 |
| Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,893 | 37 | 0 | 0 | 0 | $1,930 |
| Utilities | 5,299 | 3,587 | 3,640 | 844 | 629 | 7,693 | 10,967 | 889 | 11,249 | 4,849 | 449 | 8,876 | $58,970 |
| **Total Operation Expenses** | **$38,489** | **$33,639** | **$35,304** | **$33,698** | **$40,187** | **$52,495** | **$65,889** | **$69,143** | **$99,568** | **$130,077** | **$81,238** | **$137,152** | **$816,879** |
| **Net Income** | **($24,730)** | **($9,312)** | **($6,145)** | **($25,344)** | **($11,648)** | **($26,785)** | **($41,513)** | **($65,954)** | **($69,330)** | **($95,166)** | **($57,549)** | **($124,605)** | **($558,080)** |

Legend: Gross Profit, Total Operation Expenses