# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re<br><br>ACTUAL BREWING COMPANY, LLC<br>655 James Road<br>Columbus, OH 43219<br>EIN: 45-4526500<br><br>Debtor-in-Possession. | Chapter 11<br><br>Case No.: 19-50813<br><br>Judge Charles M. Caldwell |

**AMENDED NOTICE OF FILING OF MOTION TO PAY PRE-PETITION EMPLOYEE COMPENSATION**
**[RELATES TO DOC. NO. 20]**

**PLEASE TAKE NOTICE THAT**, on February 22, 2019, Actual Brewing Company, LLC, the debtor-in-possession herein (the "**Debtor**"), filed papers with the United States Bankruptcy Court for the Southern District of Ohio, Eastern Division, to obtain entry of an order for the authorization to pay employee compensation, reimburse business expenses, and modify the automatic stay to the extent necessary (the "**Motion**").

**YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the Motion**, you must file with the court a response explaining your position by mailing your response by ordinary U.S. Mail to 170 North High Street, Columbus, OH 43215, OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by
1) the court's ECF System; or by
2) ordinary U.S. Mail to Mark Stansbury at 250 E. Broad St., Ste. 250, Columbus, OH 43215.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtor will present the Motion at an expedited hearing on February 27, 2019 at 4:00 pm (the "**Hearing**"), before the Honorable Charles M. Caldwell, United States Bankruptcy Judge, in Courtroom B, Fifth Floor, United States Bankruptcy Court, 170 North High Street, Columbus, OH 43215.

Respectfully Submitted,

_____
Mark K. Stansbury (0085620)
**STANSBURY WEAVER, LTD.**
250 East Broad Street, Suite 250
Columbus, Ohio 43215
(614) 412-1840
mark@stansburyweaver.com
*Proposed Counsel for Debtor-in-Possession*