# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-50813 |
| | ) | |
| Actual Brewing Company, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Caldwell |
| | ) | |

## NOTICE OF MOTION TO CONVERT OR DISMISS CASE

NOTICE IS HEREBY GIVEN that the United States Trustee has filed a Motion to Convert or Dismiss Case pursuant to § 1112(b) of the Bankruptcy Code.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion/objection, then on or **before twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk of the Court at the United States Bankruptcy Court, 170 N. High Street, Columbus, Ohio 43215, OR your attorney must file a response using the Court's ECF System.

The court must receive your response on or before the date above. You must also send a copy of your response either by 1) the Court's ECF System, or by 2) regular U.S. Mail to Matthew J. McDonald, III at the United States Trustee Office, 170 North High Street, Suite 200, Columbus, Ohio 43215.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further notice or hearing.

Dated:   March 8, 2019    DANIEL M. MCDERMOTT
    UNITED STATES TRUSTEE FOR REGION 9

    /s/ Matthew J. McDonald III
    Matthew J. McDonald III (0095485)
    Attorney for the United States Trustee
    170 North High Street, Suite 200
    Columbus, OH 43215
    Telephone:   (614) 469-7411 ext. 205
    Facsimile:   (614) 469-7448
    E-mail:   Matthew.J.McDonald@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on or about March 8, 2019, a copy of the foregoing NOTICE OF UNITED STATES TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) on the following by ordinary U.S. Mail addressed to:

Actual Brewing Company, LLC
655 James Road
Columbus, OH 43219

Mark Kenneth Stansbury
Stansbury Weaver Ltd.
250 East Broad Street, Suite 250
Columbus, OH 43215

Alcohol & Tobacco Tax & Trade Bureau
Daniel Peralta
Senior Counsel (Field Operations)
1301 Clay Street, Suite 650N
Oakland, CA 94612

All parties on the attached mailing matrix.

                /s/ Matthew J. McDonald III
                Matthew J. McDonald III

```
Label Matrix for local noticing          Actual Brewing Company, LLC           Alcohol & Tobacco Tax & Trade Bureau
0648-2                                   655 James Road                        Daniel Peralta
Case 2:19-bk-50813                       Columbus, OH 43219-1837               Senior Counsel (Field Operations)
Southern District of Ohio                                                      1301 Clay Street, Suite 650N
Columbus                                                                       Oakland, CA 94612-5251
Fri Mar  8 16:10:27 EST 2019

3B Mechanical                            ASBC Headquarters                     Airport Plaza Limited
40404 East Main St.                      3340 Pilot Knob Rd.                   3016 Maryland Ave.
Whitehall, OH 43213                      St. Paul, MN 55121-2055               Columbus, OH 43209-1590


Asst US Trustee (Col)                    Beau Hoy                              Blue Label Digital Printing
Office of the US Trustee                 1859 West 1st Ave.                    3650 Lancaster New Lexington Rd. NE
170 North High Street                    Columbus, OH 43212-3219               Lancaster, OH 43130
Suite 200
Columbus, OH 43215-2417


Brennan Equipment                        Cintas                                (p)CITY OF COLUMBUS
6940 Hall St.                            1300 Boltonfield St.                  ATTN DEPARTMENT OF PUBLIC UTILITIES
Holland, OH 43528-9485                   Columbus, OH 43228-3696               910 DUBLIN RD
                                                                               4TH FLOOR
                                                                               COLUMBUS OH 43215-1169


City of Columbus Income Tax Division     (p)COLUMBIA GAS                       Containerlogic
77 N. Front St.                          290 W NATIONWIDE BLVD 5TH FL          950 Dorman St.
2nd Floor                                BANKRUPTCY DEPARTMENT                 Indianapolis, IN 46202-3544
Columbus, OH 43215-1895                  COLUMBUS OH 43215-4157


Dpt. of Treasury, IRS                    EBP 2800 North High LLC               Geer Gas
Stop P-4 5000                            3016 Maryland Ave.                    1360 McKinley Ave.
Kanas City, MO 64999-0250                Columbus, OH 43209-1590               Columbus, OH 43222-1117


Iron Heart Canning                       Jason Finesteine                      John Dilley
7508 E. Ridge Rd.                        1203 Lake Shore Dr.                   5890 Kingham Park
Elyria, OH 44035                         Columbus, OH 43204-4872               Dublin, Ohio 43017-3648


Joseph Gilani                            Keg Logistics Headquarters            Kyle Andrews
959 Heritage St.                         9110 E. Nichols Ave.                  4582 Carriage Hill Ln.
Blacklick, OH 43004-6060                 Suite 105                             Columbus, OH 43220-3802
                                         Centennial, CO 80112-3450


Mike Murphy                              Ohio Dpt. of Job and Family Svcs      Praxair Distribution, Inc.
5340 Erin Isles Ct.                      475 Western Ave.                      450 Greenlawn Ave.
Dublin, OH 43017-1005                    Chillicothe, OH 45601-2286            Columbus, OH 43223-2611


Rex Riggs                                Sales and Use, Ohio Dpt. of Taxation  Simero Roofing Systems
6233 Storm Haven Court                   PO Box 2678                           320 London Rd.
Lewis Center, OH 43035-9370              Columbus, OH 43216-2678               Delaware, OH 43015-6406
```

| | | |
|---|---|---|
| TLC Legacy Ltd.<br>2401 Creek Rd.<br>Sunbury, OH 43074-8378 | Tuffy Auto Repair<br>115 N. Hamilton Rd.<br>Gahanna, OH 43230-2601 | Uprising Meadworks<br>687 N. James Rd.<br>Airport Plaza Bld. 2<br>Columbus, OH 43219-1837 |
| Utility Recovery Systems<br>111 N. Front St.<br>Columbus, OH 43215-2874 | Mark Kenneth Stansbury<br>Stansbury Weaver Ltd.<br>250 East Broad Street<br>Suite 250<br>Columbus, OH 43215-3778 | Nicholas McCracken<br>c/o Richard K. Stovall<br>Allen Stovall Neuman Fisher & Ashton LLP<br>17 South High Street, Suite 1220<br>Columbus, OH 43215-3441 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| City of Columbus<br>Department of Public Utilities<br>910 Dublin Rd, 4th Flr<br>Columbus, OH 43215 | Columbia Gas of Ohio, Inc.<br>Box 742510<br>Cincinnati, OH 45274 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Airport Plaza, Ltd. | (u)EBP 2800 North High LLC | (u)Creditor Matrix<br>2:19-bk-50813 |

End of Label Matrix
Mailable recipients     35
Bypassed recipients      3
Total                   38