**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 12, 2019**



Charles M. Caldwell
United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | **Case No. 19-50813** |
| Actual Brewing Company, LLC, | : | Chapter 11 |
| Debtor. | : | Judge Caldwell |

### ORDER REQUIRING DEBTOR TO FILE RETENTION APPLICATION FOR COUNSEL WITHIN TEN DAYS (DOC. NO. 1)

Debtor filed this bankruptcy case on February 14, 2019, but to date, Debtor has not filed an application for the retention of any counsel.  Local Bankruptcy Rule 2014-1 governs the information required in an such an application.  Therefore, Debtor must file an application for the retention of its counsel, and serve that application on the parties required by Local Bankruptcy Rule 9013-3, within ten days of the entry of this Order.

**IT IS SO ORDERED.**

**Copies to**:

Default List

Michelle Rahwan, Courtroom Deputy