## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:                                           :
                                                 :
    Actual Brewing Company, LLC    :        Case No.: 19-50813
                                                 :        Chapter: 7
        Debtor.    :        Judge: Charles M. Caldwell
                                                 :

## TRUSTEE'S ABANDONMENT OF BOTTLING LINE AND RELATED EQUIPMENT

Clyde Hardesty, Trustee, hereby abandons any interest of the bankruptcy estate in a bottling line and certain related equipment, which is more particularly described on attached Exhibit A ("CB Beverage Equipment"). Based upon testimony at the Meeting of Creditors and after further investigation, Trustee has determined that the CB Beverage Equipment is of inconsequential value and benefit to the estate and is burdensome.

Trustee is informed and believes that Debtor Actual Brewing Company, LLC entered into a letter of intent with CB Beverage, which expressed Debtor's intention to acquire the CB Beverage Equipment from CB Beverage Corp. Debtor took possession of the CB Beverage Equipment.  Despite extensive negotiation among Debtor, CB Beverage and their respective counsel, the parties never reached a definitive agreement or executed a purchase contract. Moreover, Debtor has been unable to provide any evidence of any payments made to CB Beverage for the proposed purchase price for the CB Beverage Equipment.  Debtor does not own the CB Beverage Equipment and consequently, it has no value to the estate.

Abandonment is effective immediately without further notice or court order.

/s/Larry J. McClatchey
Larry J. McClatchey    (0012191)
Kegler, Brown, Hill + Ritter
65 East State Street, Suite 1800
Columbus, Ohio 43215
Telephone: (614)462-5400
Facsimile:  (614)464-2634
lmcclatchey@keglerbrown.com
*Attorneys for Trustee*

102340\000034\4819-5218-5238v1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Trustee's Abandonment* was served on May 20, 2019 through the court's ECF System on all ECF participants registered in this case at the email addresses registered with the court and by ordinary U.S. Mail on all the following:

Actual Brewing Company, LLC
655 James Road
Columbus, Ohio 43219

Alcohol & Tobacco Tax & Trade Bureau
Daniel Peralta
Senior Counsel (Field Operations)
1301 Clay Street, Suite 650N
Oakland, CA 94612

/s/Larry J. McClatchey
Larry J. McClatchey  (0012191)

# Exhibit A
## Collateral

1) GW Kent: 30 Barrel Fermenter – Serial #: 2010

2) GW Kent: 30 Barrel Fermenter – Serial #: 2011

3) GW Kent: 30 Barrel Fermenter – Serial #: 2012

4) Dabrico, Inc.: Semi-Automatic Can Depalletizer and Empty Can Conveyor

5) Crown Cork & Seal Company, Inc.: 28 Valve Uni-Blend Can Filling Machine with Control Box

6) Continental Can Company: 4 Head Can Seamer – Model 2004-RCM-1, Serial #17 with Control Wall Box

7) Tech-Long Inc.: Panel Box for Master Controls

8) Ingersoll-Rand: Air Compressor EP10-ESP

9) Compressed Air Holding Tank

10) VBC (Vacuum Barrier Corporation): Nitrogen Doser – Model 44000 4444

11) Filtec: Fill Height Level Detector (Can) Model: FT-50 Serial#: 113164

12) Airflow Systems: Room Air Exchanger

13) Tech-Long, Inc. Straight Conveyor with Adjustable Side Rails

14) 6 Tech-Long, Inc. Conveyor Motors

15) Tech-Long, Inc. Conveyor Corners and Turns with Adjustable Side Rails

16) Rex Plastic Conveyor Chain—500 feet (approx.)

17) 3 pallets of misc. Stainless Steel Straight Conveyor and Turns

18) Clark Electric Forklift and Charger, Model: TM155

19) Bev Air 2 door tapper

20) Single door tapper